UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Ernesto Arturo-Torres　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Defendant(s)　　　　)<br>_____) | CRIMINAL NO. 08MJ1350<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Berta Garcia-Gonzalez

DATED: 5-8-08

RECEIVED _____
　　　　　　　DUSM

　　　　　　　　　　　　　　　　Nita L. Stormes
　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　OR

　　　　　　　　　　　W. SAMUEL HAMRICK, JR. Clerk
　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　Deputy Clerk