```
                                        FILED
                                     MAY 27 2008
                                CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1691-L |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(2)(B)(iii) - Bringing |
| ERNESTO ARTURO TORRES, ) | in Illegal Aliens Without |
| ) | Presentation; Title 18, U.S.C., |
| Defendant. ) | Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about April 29, 2008, within the Southern District of California, defendant ERNESTO ARTURO TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Berta Elisa Garcia-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 5/27/08.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
5/13/08