FILED

08 AUG -5 PM 12:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 08CR01691-001-L |
| v. | ) | O R D E R |
| ERNESTO ARTURO TORRES, | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 2, 2008 is vacated and reset to October 27, 2008, at 8:30 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8/4/08

M. James Lorenz
U.S. District Judge

cc: all counsel of record

/rp